THE ATLANTA AND WEST POINT RAILROAD COMPANY, plaintiff in error, *vs.* WILLIAM HOPSON, defendant in error.

1. A bill in equity will be dismissed on demurrer thereto, if it appears from the bill that complainant has an adequate remedy at law.

Bill in equity. In Troup Superior Court. Decided by Judge DENNIS F. HAMMOND. At Chambers, on the 19th of March, 1861.

This was a bill filed by William Hopson, against the Atlanta and West Point Railroad Company, containing charges and allegations almost identical with those embodied in the bill passed upon by this Court in the case of The Atlanta and West Point Railroad Company, plaintiff in error, *vs.* William A. Speer, defendant in error, decided at Atlanta, March Term, 1861, and reported in the 32d Georgia Reports, to which reference is made.

The bill prayed for relief and specific performance, and was demurred to on the same grounds as those taken in the case before referred to in 32d Georgia Reports.

The presiding Judge overruled the demurrer, and error is assigned on that decision.

LOGAN E. BLECKLEY and BULL & FERRILL, for plaintiff in error.

SPEER & SPEER and BIGHAM, *contra.*

*By the Court*—JENKINS, J., delivering the opinion.

This case must be controlled by the judgment of this Court, in the case of the plaintiff in error vs. Speer, given at the March Term, 1861, of the Atlanta district. The demurrer should have been sustained in the Court below, on the ground that the complainant had an adequate remedy at law. On that ground the judgment of the Court below, overruling the demurrer, must be reversed.

Let the judgment be reversed.